# AFFIDAVIT OF SERVICE

| State of New York | County of New York | U.S. District Court Southern Dist Court |

Index Number: 07-CIV-3864
Date Filed: 5/16/2007

Plaintiff:
**BARBARA CAIN,**
vs.
Defendant:
**MERCK & CO., INC., PROCTOR & GAMBLE PHARMACEUTICALS, INC., and AVENTIS PHARMACEUTICALS, INC.**

For: Walter G. Campbell, Jr., Esq.
     Krupnick, Campbell, et al.,

Received by CIANI INVESTIGATIONS on the 30th day of May, 2007 at 11:10 am to be served on **AVENTIS PHARMACEUTICALS, INC., C/O CORPORATION SERVICE COMPANY, 80 STATE STREET, ALBANY, NEW YORK 12207.** I, __J.R. ORourke__, being duly sworn, depose and say that on the __4__ day of __June__, 20__07__ at __1:45__ pm., executed service by delivering a true copy of the **Summons and Complaint** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

(X) CORPORATE SERVICE: By serving __Nikki Chapple__ as __Service of Process Clerk__.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the __5__ day of __June__, __2007__ by the affiant who is personally known to me.

_____
NOTARY PUBLIC

PATRICIA A. BURKE
Notary Public, State of New York
No. 4922372
Qualified in Albany County
Commission Expires Feb. 28, 2010

PROCESS SERVER # _____
Appointed in accordance
with State Statutes

**CIANI INVESTIGATIONS**
3455 Northeast 12th Terrace
Suite 1
Oakland Park, FL 33334
(954) 561-0143
Our Job Serial Number: 2007000433

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN  DISTRICT OF  NEW YORK

BARBARA CAIN, Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

MERCK & CO., INC., PROCTER & GAMBLE
PHARMACEUTICALS, INC., and AVENTIS
PHARMACEUTICALS, INC., Defendants.

**'07 CIV 3864**

2007-00933
rec'd 5/69

TO: (Name and address of defendant)

AVENTIS PHARMACEUTICALS, INC.
c/o Corporation Service Company
80 State Street
Albany, NY 12207-2543

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JACQUELYN S. HOLDEN
KRUPNICK, CAMPBELL, MALONE, BUSER,
 SLAMA, HANCOCK, LIBERMAN & McKEE, P.A.
700 SE Third Avenue, Suite 100
Fort Lauderdale, FL 33316

an answer to the complaint which is herewith served upon you, within _TWENTY (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                               MAY 1 6 2007

CLERK                                                            DATE

/s/ Marcos Quintero

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other *(specify):* _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                        Date                                                      Signature of Server

                                                                    _____
                                                                    Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.